EXHIBIT ONE

Additional Certificate 37 CFR 201.10(e)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-250-612

**Effective Date of Registration:**
May 10, 2021
**Registration Decision Date:**
May 11, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   June 22, 2020 to June 22, 2020

### Title _____

| | |
|---|---|
| **Title of Group:** | Lei Diamond Painting Pen Group One |
| **Number of Photographs in Group:** | 38 |

- **Individual Photographs:** Lei Diamond Painting Pen Group One 001,Lei Diamond Painting Pen Group One 002,Lei Diamond Painting Pen Group One 003,Lei Diamond Painting Pen Group One 004,Lei Diamond Painting Pen Group One 005,Lei Diamond Painting Pen Group One 006,Lei Diamond Painting Pen Group One 007,Lei Diamond Painting Pen Group One 008,Lei Diamond Painting Pen Group One 009,Lei Diamond Painting Pen Group One 010,Lei Diamond Painting Pen Group One 011,Lei Diamond Painting Pen Group One 012,Lei Diamond Painting Pen Group One 013,Lei Diamond Painting Pen Group One 014,Lei Diamond Painting Pen Group One 015,Lei Diamond Painting Pen Group One 016,Lei Diamond Painting Pen Group One 017,Lei Diamond Painting Pen Group One 018,Lei Diamond Painting Pen Group One 019,Lei Diamond Painting Pen Group One 020,Lei Diamond Painting Pen Group One 021,Lei Diamond Painting Pen Group One 022,Lei Diamond Painting Pen Group One 023,Lei Diamond Painting Pen Group One 024,Lei Diamond Painting Pen Group One 025,Lei Diamond Painting Pen Group One 026,Lei Diamond Painting Pen Group One 027,Lei Diamond Painting Pen Group One 028,Lei Diamond Painting Pen Group One 029,Lei Diamond Painting Pen Group One 030,Lei Diamond Painting Pen Group One 031,Lei Diamond Painting Pen Group One 032,Lei Diamond Painting Pen Group One 033,Lei Diamond Painting Pen Group One 034,Lei Diamond Painting Pen Group One 035,Lei Diamond Painting Pen Group One 036,Lei Diamond Painting Pen Group One 037,Lei Diamond Painting Pen Group One 038

| | |
|---|---|
| **Published:** | June 2020 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | June 22, 2020 |
| **Latest Publication Date in Group:** | June 22, 2020 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Lei Tang
  **Author Created:** photographs
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Lei Tang
#21, Quan Dang Community, Tie He Kou Village, Cha Shan County, Li Ling City, Hunan Province, China, 412200

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)574-8107
**Address:** 244 5th Ave.
Ste. 1888
New York, NY 10001 United States

## Certification

**Name:** Lei Tang
**Date:** May 10, 2021

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002250612
**Service Request #:**   1-10444620501

Ford Banister IP
Larry Ford Banister II
244 5th Ave.
Ste. 1888
New York, NY 10001 United States

# Metal Pen Tip

Suitable for Both Square and Round Beads











# Metal Pen Tip

## Suitable for Both Square and Round Beads





# Handmade Resin Pen

Unique Patterns on Each Pen







# Metal Pen Tip

## Suitable for Both Square and Round Beads







# Handmade Resin Pen

## Unique Patterns on Each Pen

# Metal Pen Tip

## Suitable for Both Square and Round Beads





# Metal Pen Tip

Suitable for Both Square and Round Beads







# Handmade Resin Pen

## Unique Patterns on Each Pen

# Multi Bead Placers Included





# Metal Pen Tip

Suitable for Both Square and Round Beads











# Handmade Resin Pen
## Unique Patterns on Each Pen



# Handmade Resin Pen

## Unique Patterns on Each Pen





# Multi Bead Placers Included



Stan

30x40cm

Color Code



# Multi Bead Placers Included

# Multi Bead Placers Included

Star

30x40cm

| Color Code | | |
|---|---|---|
| NO | CODE | DMC |
| 1 | 1 | 162 |
| 2 | 2 | |
| 3 | 3 | 307 |
| 4 | 4 | 517 |
| 5 | 5 | 518 |
| 6 | 6 | 519 |
| 7 | 7 | 550 |
| 8 | 8 | |



# Multi Bead Placers Included

# Multi Bead Placers Included





