EXHIBIT TWO

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-250-627**
**Effective Date of Registration:**
May 11, 2021
**Registration Decision Date:**
May 11, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 22, 2020 to June 22, 2020

### Title

| | |
|---|---|
| **Title of Group:** | Lei Diamond Painting Pen Group Two |
| **Number of Photographs in Group:** | 13 |
| • **Individual Photographs:** | Lei Diamond Painting Pen Group Two 001,Lei Diamond Painting Pen Group Two 002,Lei Diamond Painting Pen Group Two 003,Lei Diamond Painting Pen Group Two 004,Lei Diamond Painting Pen Group Two 005,Lei Diamond Painting Pen Group Two 006,Lei Diamond Painting Pen Group Two 007,Lei Diamond Painting Pen Group Two 008,Lei Diamond Painting Pen Group Two 009,Lei Diamond Painting Pen Group Two 010,Lei Diamond Painting Pen Group Two 011,Lei Diamond Painting Pen Group Two 012,Lei Diamond Painting Pen Group Two 013 |
| **Published:** | June 2020 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | June 22, 2020 |
| **Latest Publication Date in Group:** | June 22, 2020 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Lei Tang |
| **Author Created:** | photographs |
| **Citizen of:** | China |
| **Domiciled in:** | China |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lei Tang |

#21, Quan Dang Community, Tie He Kou Village, Cha Shan County, Li Ling City, Hunan Province, 412200, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Address:** 244 5th Ave.
Ste. 1888
New York, NY 10001 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** May 11, 2021

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002250627
**Service Request #:** 1-10445236811

Ford Banister IP
Larry Ford Banister II
244 5th Ave.
Ste. 1888
New York, NY 10001 United States



# Comfortale to Hold in Hand
## Faster Drilling



www.instagram.com/ catearedofficial



# Comfortale to Hold in Hand
## Faster Drilling


www.instagram.com/ catearedofficial

# Comfortale to Hold in Hand
## Faster Drilling



www.instagram.com/ catearedofficial

# Comfortale to Hold in Hand
## Faster Drilling

 www.instagram.com/ catearedofficial



16 cm / 6.1 inch

# Comfortale to Hold in Hand
## Faster Drilling

www.instagram.com/catearedofficial





16 cm / 6.1 inch

# Comfortale to Hold in Hand
## Faster Drilling

www.instagram.com/catearedofficial





16 cm / 6.1 inch



