AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-22198-RNS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *Shenzhen Egirl Trading Co., Ltd and all other Defendants identified in the Complaint* was received by me on August 15, 2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

X Other *I hereby certify that as permitted by this Court's order entered on August 3, 2022 (D.E. 19), on September 2, 2022, I sent an email containing a link to a website, https://fordbanister.com/case-no-22-cv-22198-rns-lei-tang-sdfl/, to the email addresses contained in Exhibits 3-7 to the Declaration of Lei Tang and any email addresses provided for Defendants third parties with the following filings consistent with the Amended Schedule "A" (D.E. 30), which also appear on said website, and noticing Defendants of: 1) SUMMONS [Doc. 29, 29-1]; 2) COMPLAINT [Doc. 32]; 3) AMENDED SCHEDULE "A" [Doc. 30].*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: September 7, 2022

*Lydia Pittaway*
Server's signature

Lydia Pittaway, Attorney for Plaintiff
Printed name and title

305 Broadway - Floor 7, New York NY 10007
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset