## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-cv-22198-RNS**

LEI TANG,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I sent an email containing a link to a website, https://fordbanister.com/case-no-22-cv-22198-rns-lei-tang-sdfl/, to the email addresses contained in Exhibits 3-7 to the Declaration of Lei Tang and any email addresses provided for Defendants by third parties with the following filings consistent with the Amended Schedule "A" (D.E. 30), which also appear on said website, and noticing Defendants of the hearing at the United States Courthouse located at the Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Miami, Florida, 33128, Courtroom 12-3, on September 13, 2022, at 9:30 A.M.

1) PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW; [Doc. 29, 29-1]

2) ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION. [Doc. 32]

[signature of following page]

Respectfully Submitted this 7th of September, 2022,

<u>*Lydia Pittaway*</u>
Attorney and Counselor at Law
Fla. Bar No.: 0044790
Of Counsel, Ford Banister IP
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
lpittaway@fordbanister.com
*Attorney for Plaintiff*