UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22198-RNS

LEI TANG,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants,
_____

**AMENDED SCHEDULE A**

Amended Schedule A

| Defendant No. | Platform | Store Name | Store Url |
|---|---|---|---|
| 1 | Alibaba | Shenzhen Egirl Trading Co., Ltd | https://egirl.en.alibaba.com/company_profile/feedback.html?spm=a2700.icbuShop.88.39.31bd31a7EO6VJH |
| 2 | Aliexpress | 1209Q Store | https://www.aliexpress.com/store/910917063?spm=a2g0o.detail.1000007.1.6e305974nPwvMo |
| 3 | AliExpress | 3-C Accessories Dropshipping Store | https://www.aliexpress.com/store/911266293?spm=a2g0o.detail.1000007.1.4b61209dERbJCD |
| 4 | Dismissed | Dismissed | Dismissed |
| 5 | AliExpress | accecity Store | https://accecity.aliexpress.com/store/5423222?spm=a2g0o.detail.1000007.1.4b4b20617KbyWN |
| 6 | Dismissed | Dismissed | Dismissed |
| 7 | AliExpress | Ali Home Bar | https://www.aliexpress.com/store/1489567?spm=a2g0o.detail.1000007.1.34942316d6aWfy |
| 8 | AliExpress | Ali Improvement Store | https://www.aliexpress.com/store/3168027?spm=a2g0o.detail.1000007.1.bced77c88jLeqw |
| 9 | AliExpress | Ali-Domesticity Store | https://house-life.aliexpress.com/store/3221114?spm=a2g0o.detail.1000007.1.2b463560EilFBp |
| 10 | Dismissed | Dismissed | Dismissed |
| 11 | Aliexpress | ARMYQZ 01 Store | https://www.aliexpress.com/store/5869277?spm=a2g0o.detail.1000007.1.2787167fRk2VHm |
| 12 | AliExpress | AXCool Store | https://www.aliexpress.com/store/912070436?spm=a2g0o.detail.1000007.1.2fa6356cNpqajJ |
| 13 | AliExpress | Bangled Store | https://www.aliexpress.com/store/3729005?spm=a2g0o.detail.1000007.1.df3b593fViBPuw |
| 14 | AliExpress | BEI-office supplies Store | https://www.aliexpress.com/store/910450201?spm=a2g0o.detail.1000007.1.5cb97611BWVW2K |
| 15 | Aliexpress | BiliBili Decoration Store | https://www.aliexpress.com/store/912349490?spm=a2g0o.detail.1000007.1.58db239bJNhmGT |
| 16 | AliExpress | biu biu Store | https://www.aliexpress.com/store/5892510?spm=a2g0o.detail.1000007.1.29f8239bh8H3ZY |
| 17 | AliExpress | Bluelans-Home-Officialstore Store | https://www.aliexpress.com/store/2624043?spm=a2g0o.detail.1000007.1.61833d6fDchNQ9 |
| 18 | Aliexpress | buy something Store | https://www.aliexpress.com/store/5249192?spm=a2g0o.detail.1000007.1.3e8e239bylrOFA |
| 19 | AliExpress | CCC supplier Store | https://www.aliexpress.com/store/5800431?spm=a2g0o.detail.1000007.1.699217ceaInntU |
| 20 | Aliexpress | Cindy Homeware Store | https://www.aliexpress.com/store/4506014?spm=a2g0o.detail.1000007.1.647b239bxBr4pp |
| 21 | Aliexpress | Come to store | https://www.aliexpress.com/store/3247047?spm=a2g0o.detail.1000007.1.6b2613a9SgjMK8 |
| 22 | Aliexpress | Computer Accessories City Store | https://www.aliexpress.com/store/5381007?spm=a2g0o.detail.1000007.1.33fb6164R0F3A1 |
| 23 | Aliexpress | Cozy day store | https://www.aliexpress.com/store/5069115?spm=a2g0o.detail.1000007.1.2c2e222cREJqvQ |
| 24 | Aliexpress | Daily Commodities Store | https://www.aliexpress.com/store/5507034?spm=a2g0o.detail.1000007.1.19fd57fb96o17g |
| 25 | Dismissed | Dismissed | Dismissed |
| 26 | AliExpress | Decorating Store | https://www.aliexpress.com/store/3715008?spm=a2g0o.detail.1000007.1.40bd593fIr6Et1 |
| 27 | AliExpress | Deserved 3C Store | https://www.aliexpress.com/store/5015045?spm=a2g0o.detail.1000007.1.1e6c5ebeuIEZP8 |
| 28 | AliExpress | Dolly Store | https://www.aliexpress.com/store/2499011?spm=a2g0o.detail.1000007.1.41c916ccaH0EgP |
| 29 | Aliexpress | E-Tool&Life Store | https://www.aliexpress.com/store/2211052?spm=a2g0o.detail.1000007.1.7702239bbAEhif |
| 30 | AliExpress | Electron Shop1128 Store | https://www.aliexpress.com/store/910450004?spm=a2g0o.detail.1000007.1.30e815e5F1klrD |
| 31 | Dismissed | Dismissed | Dismissed |
| 32 | Dismissed | Dismissed | Dismissed |
| 33 | AliExpress | Faker's Beautiful Store | https://www.aliexpress.com/store/5435363?spm=a2g0o.detail.1000007.1.2f754821wcOjCE |
| 34 | AliExpress | Fantasy Tech Pig Store | https://www.aliexpress.com/store/910324364?spm=a2g0o.detail.1000007.1.431d4249IYFQtM |
| 35 | AliExpress | Fashionable Healthy Life Store | https://www.aliexpress.com/store/2670229?spm=a2g0o.detail.1000007.1.76e31d36gKu26M |
| 36 | Dismissed | Dismissed | Dismissed |
| 37 | AliExpress | Go Our House Store | https://www.aliexpress.com/store/1891196?spm=a2g0o.detail.1000007.1.333539286cfO0j |
| 38 | Aliexpress | gpishopwang Store | https://www.aliexpress.com/store/911945302?spm=a2g0o.detail.1000007.1.132e1a4feDWUsw |
| 39 | Dismissed | Dismissed | Dismissed |
| 40 | Dismissed | Dismissed | Dismissed |
| 41 | Dismissed | Dismissed | Dismissed |
| 42 | AliExpress | HomeImprovement Store | https://www.aliexpress.com/store/2336003?spm=a2g0o.detail.1000007.1.6654356007grZR |
| 43 | AliExpress | Homer Smart-PC Life Store | https://www.aliexpress.com/store/911053037?spm=a2g0o.detail.1000007.1.24fc1415s0mH3Q |
| 44 | AliExpress | HomeSH09 Store | https://www.aliexpress.com/store/911035033?spm=a2g0o.detail.1000007.1.42d46462ywYt6D |
| 45 | Dismissed | Dismissed | Dismissed |

| # | Platform | Store Name | URL |
|---|---|---|---|
| 46 | Dismissed | Dismissed | Dismissed |
| 47 | Dismissed | Dismissed | Dismissed |
| 48 | AliExpress | Householder Store | https://www.aliexpress.com/store/3023004?spm=a2g0o.detail.1000007.1.783d3560PirJab |
| 49 | AliExpress | HuanLe Shopping Store | https://www.aliexpress.com/store/912203081?spm=a2g0o.detail.1000007.1.36e559d4I8GjBu |
| 50 | AliExpress | Iced Strawberry Latte Store | https://www.aliexpress.com/store/4100007?spm=a2g0o.detail.1000007.1.171dba45dWiept |
| 51 | AliExpress | Iraq Code Store | https://www.aliexpress.com/store/3192067?spm=a2g0o.detail.1000007.1.7c795149lVhikA |
| 52 | AliExpress | JETTING HomeGarden Store | https://es.aliexpress.com/store/2162058?spm=a2g0o.detail.1000007.1.3ebc3251sIRmw6 |
| 53 | AliExpress | JiaCheng Electronics Store | https://www.aliexpress.com/store/910331005?spm=a2g0o.detail.1000007.1.698c1cf5wVsn6j |
| 54 | Aliexpress | JJ HomePet&Tool Drop shipping Store | https://www.aliexpress.com/store/5619323?spm=a2g0o.detail.1000007.1.3f0a239bvb7qWt |
| 55 | AliExpress | josephu Store | https://www.aliexpress.com/store/feedback-score/2413110.html?spm=a2g0o.store_pc_promotion.pcShopHead_6269647.6#rating-displayer |
| 56 | AliExpress | K^DIAOER Store | https://www.aliexpress.com/store/910557026?spm=a2g0o.detail.1000007.1.a62b4c17TOc0BM |
| 57 | AliExpress | LEFORU Store | https://www.aliexpress.com/store/4990124?spm=a2g0o.detail.1000007.1.6c577dc6bLWaOk |
| 58 | AliExpress | LeYi-CE Store | https://www.aliexpress.com/store/912019457?spm=a2g0o.detail.1000007.1.4d413de94KyTio |
| 59 | Aliexpress | light up my house Store | https://www.aliexpress.com/store/5510026?spm=a2g0o.detail.1000007.1.71df239boOVEVR |
| 60 | Aliexpress | Limru Store | https://www.aliexpress.com/store/912353454?spm=a2g0o.detail.1000007.1.4d1f239b0Tpcza |
| 61 | AliExpress | Little Grace | https://www.aliexpress.com/store/1793028?spm=a2g0o.detail.1000007.1.7a5b5362uRpCNy |
| 62 | Dismissed | Dismissed | Dismissed |
| 63 | Dismissed | Dismissed | Dismissed |
| 64 | Dismissed | Dismissed | Dismissed |
| 65 | AliExpress | Meta-Universe Store | https://www.aliexpress.com/store/912621547?spm=a2g0o.detail.1000007.1.1c0b523cVK7b9Q |
| 66 | AliExpress | Mojito Nail Store | https://www.aliexpress.com/store/5790753?spm=a2g0o.detail.1000007.1.13126cbafLoEBS |
| 67 | AliExpress | My DreamHouse Store | https://www.aliexpress.com/store/2755011?spm=a2g0o.detail.1000007.1.46c61b1d96ke0A |
| 68 | AliExpress | NKGilcine Store | https://www.aliexpress.com/store/911931596?spm=a2g0o.detail.1000007.1.713017f7mf4Nmh |
| 69 | Aliexpress | No.8 Bryant Dropshipping Store | https://www.aliexpress.com/store/911419001?spm=a2g0o.detail.1000007.1.4807239bsSp0Sn |
| 70 | AliExpress | Oneself Design 005 Store | https://oneselfdesignlhuacan.aliexpress.com/store/5252032?spm=a2g0o.detail.1000007.1.13291845uCYLDL |
| 71 | AliExpress | Oneself Design Official Store | https://oneselfdesign.aliexpress.com/store/4470077?spm=a2g0o.detail.1000007.1.6ff81845Cz0JWZ |
| 72 | Dismissed | Dismissed | Dismissed |
| 73 | Dismissed | Dismissed | Dismissed |
| 74 | AliExpress | Red stars shine Store | https://www.aliexpress.com/store/912271662?spm=a2g0o.detail.1000007.1.15a8239bLkZirM |
| 75 | Dismissed | Dismissed | Dismissed |
| 76 | AliExpress | Shenzhen Huaqiang E-lectronic Prod | https://www.aliexpress.com/store/4982033?spm=a2g0o.detail.1000007.1.5eec2333gJtSqA |
| 77 | AliExpress | Shop3249111 Store | https://www.aliexpress.com/store/3249111?spm=a2g0o.detail.1000007.1.279e3bb6uRWid3 |
| 78 | AliExpress | Shop4649026 Store | https://www.aliexpress.com/store/4649026?spm=a2g0o.detail.1000007.1.7fb73914e33BBB |
| 79 | AliExpress | Shop5019161 Store | https://www.aliexpress.com/store/5019161?spm=2114.12010617.pcShopHead_99253675.0 |
| 80 | AliExpress | Shop5115148 Store | https://www.aliexpress.com/store/5115148?spm=a2g0o.detail.1000007.1.12381747696tVm |
| 81 | AliExpress | Shop5166003 Store | https://www.aliexpress.com/store/5166003?spm=a2g0o.detail.1000007.1.35854807R99cUS |
| 82 | AliExpress | Shop5421214 Store | https://www.aliexpress.com/store/5421214?spm=a2g0o.detail.1000007.1.5def4b09Rbg3eh |
| 83 | AliExpress | Shop5587055 Store | https://www.aliexpress.com/store/5587055?spm=a2g0o.detail.1000007.1.392c236eLXgA3S |
| 84 | AliExpress | Shop910331005 Store | https://www.aliexpress.com/store/910331005?spm=a2g0o.detail.1000007.1.1d851cf5IRoGjA |
| 85 | AliExpress | Shop910347299 Store | https://www.aliexpress.com/store/910347299?spm=a2g0o.detail.1000007.1.492f13f6489tey |
| 86 | AliExpress | Shop910365297 Store | https://www.aliexpress.com/store/910365297?spm=a2g0o.detail.1000007.1.4a3c16d1jMAgcp |
| 87 | AliExpress | Shop910899004 Store | https://www.aliexpress.com/store/910899004?spm=a2g0o.detail.1000007.1.e0b83574YeoZHx |
| 88 | AliExpress | Shop911001072 Store | https://www.aliexpress.com/store/911001072?spm=a2g0o.detail.1000007.1.21a03560VFdIKM |
| 89 | AliExpress | Shop911054082 Store | https://www.aliexpress.com/store/911054082?spm=a2g0o.detail.1000007.1.7300593fvxY0aM |
| 90 | Dismissed | Dismissed | Dismissed |

| | | | |
|---|---|---|---|
| 91 | Aliexpress | Shop912625682 Store | https://www.aliexpress.com/store/912625682?spm=a2g0o.detail.1000007.1.2351239bm8r2yz |
| 92 | AliExpress | Shopping Everyday Store | https://www.aliexpress.com/store/2406096?spm=a2g0o.detail.1000007.1.475271a1ZIBrNz |
| 93 | AliExpress | Startdream Store | https://www.aliexpress.com/store/3247009?spm=a2g0o.detail.1000007.1.4d2050b8gjPyrn |
| 94 | Dismissed | Dismissed | Dismissed |
| 95 | AliExpress | Study Goods Store | https://www.aliexpress.com/store/3873013?spm=a2g0o.detail.1000007.1.67bb32839evHOf |
| 96 | AliExpress | Sunlightfor your Life Store | https://www.aliexpress.com/store/2671053?spm=a2g0o.detail.1000007.1.3b24593f5Plm7e |
| 97 | AliExpress | TOOKIE Tool Store | https://www.aliexpress.com/store/2412084?spm=a2g0o.detail.1000007.1.20c511b56Lkcgp |
| 98 | AliExpress | UK Store | https://www.aliexpress.com/store/4050005?spm=a2g0o.detail.1000007.1.42b63560QX0bsw |
| 99 | AliExpress | Useful Homely Goods Store | https://www.aliexpress.com/store/5597084?spm=a2g0o.detail.1000007.1.766d77c8pNS6xS |
| 100 | AliExpress | Uzi's good Store | https://www.aliexpress.com/store/5430330?spm=a2g0o.detail.1000007.1.1e6342bcw0rKJB |
| 101 | Dismissed | Dismissed | Dismissed |
| 102 | AliExpress | Warming House Store | https://www.aliexpress.com/store/2961055?spm=a2g0o.detail.1000007.1.bd4b3560m6wRdN |
| 103 | AliExpress | WE House Store | https://www.aliexpress.com/store/5597082?spm=a2g0o.detail.1000007.1.45a4593fhJQxMt |
| 104 | Dismissed | Dismissed | Dismissed |
| 105 | Dismissed | Dismissed | Dismissed |
| 106 | Dismissed | Dismissed | Dismissed |
| 107 | AliExpress | WSY Store | https://www.aliexpress.com/store/910444075?spm=a2g0o.detail.1000007.1.68a01d82yp4D0u |
| 108 | Dismissed | Dismissed | Dismissed |
| 109 | AliExpress | XinXin's Store | https://www.aliexpress.com/store/5439092?spm=a2g0o.detail.1000007.1.7e2d5ebdh4X2im |
| 110 | Dismissed | Dismissed | Dismissed |
| 111 | AliExpress | YourOffice & School Supplies Store | https://www.aliexpress.com/store/910335165?spm=a2g0o.detail.1000007.1.7eda70b06GofVr |
| 112 | AliExpress | Yu's Decoration Store | https://www.aliexpress.com/store/4419059?spm=a2g0o.detail.1000007.1.510435607HobOd |
| 113 | Aliexpress | Yunjin Meijia Store | https://www.aliexpress.com/store/5428088 |
| 114 | Amazon | Chitectir | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2AT3AUUSZT4FO&sshmPath= |
| 115 | Amazon | CloverUS | https://www.amazon.ca/sp/?marketplaceID=A2EUQ1WTGCTBG2&seller=A274ANDVMYQXPS&ref=dp_merchant_link |
| 116 | Amazon | CNcuca | https://www.amazon.ca/sp/?marketplaceID=A2EUQ1WTGCTBG2&seller=A2VAWRDCYSN0T8&ref=dp_merchant_link |
| 117 | Amazon | Colcolo | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A16K3SHNME32AS&sshmPath= |
| 118 | Amazon | Convincied | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2JZ667TE185IN&sshmPath= |
| 119 | Amazon | crCAeatYspaceCA | https://www.amazon.ca/sp/?marketplaceID=A2EUQ1WTGCTBG2&seller=A28HV1KE0CBVQM&ref=dp_merchant_link |
| 120 | Amazon | creatYspace | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A28HV1KE0CBVQM&sshmPath= |
| 121 | Amazon | Ectboad | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1IV96LZX5VU7D&sshmPath= |
| 122 | Amazon | GRASS qiangan | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2Y18SFTS1ZRA7&sshmPath= |
| 123 | Amazon | guangzhouyijiyiyuanguanliyouxango | https://www.amazon.com/sp/?_encoding=UTF8&asin=B08T1Z2D6B&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A2VFP3ZZFKNPXU |
| 124 | Dismissed | Dismissed | Dismissed |
| 125 | Amazon | Lehongbaihuo | https://www.amazon.com/sp/?ie=UTF8&seller=A2QCJL9P77AV5U |
| 126 | Amazon | limentar | https://www.amazon.ca/sp/?marketplaceID=A2EUQ1WTGCTBG2&seller=A1WI0YF91KDGXF&ref=dp_merchant_link |
| 127 | Amazon | Margotqq | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1W4VUZ47YPLVI&sshmPath= |
| 128 | Dismissed | Dismissed | Dismissed |
| 129 | Dismissed | Dismissed | Dismissed |
| 130 | Dismissed | Dismissed | Dismissed |
| 131 | Amazon | Renpojo | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AY7AAF0S7HJ8U&sshmPath= |
| 132 | Amazon | settencas | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A13OM0V7E434PF&sshmPath= |

| | | | |
|---|---|---|---|
| 133 | Amazon | soarflight | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A12XTCPGXNW7G4&sshmPath= |
| 134 | Amazon | SUNNIMIX | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2JCX8Z5PAIFQ3&sshmPath= |
| 135 | Amazon | Tennessee526 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1MD3RXQ1OZ6G1&sshmPath= |
| 136 | Amazon | Thymrim | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A1OWVUFGKDW5IH&ref=dp_merchant_link |
| 137 | Amazon | XingcM | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2TDW80BGJYXWG&sshmPath= |
| 138 | Amazon | Xinjun Shop | https://www.amazon.com/sp?ie=UTF8&seller=APXJZK62OKYZR |
| 139 | Dismissed | Dismissed | Dismissed |
| 140 | Amazon | Yeahii | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AEON56JU0CH1&sshmPath= |
| 141 | Ebay | 88xixi66 | https://www.ebay.com/usr/88xixi66?_trksid=p2047675.m3561.l2559 |
| 142 | Ebay | arpra_7337 | https://www.ebay.com/usr/arpra_7337 |
| 143 | Ebay | att.store | https://www.ebay.com/usr/att.store?_trksid=p2047675.m3561.l2559 |
| 144 | Ebay | bin_101 | https://www.ebay.com/usr/bin_101?_trksid=p2047675.l2559 |
| 145 | Ebay | congta-90 | https://www.ebay.com/usr/congta-90?_trksid=p2047675.m3561.l2559 |
| 146 | Ebay | csumn99 | https://www.ebay.com/usr/csumn99?_trksid=p2047675.l2559 |
| 147 | Dismissed | Dismissed | Dismissed |
| 148 | Dismissed | Dismissed | Dismissed |
| 149 | Dismissed | Dismissed | Dismissed |
| 150 | Ebay | expand-base | https://www.ebay.com/usr/expand-base?_trksid=p2047675.m3561.l2559 |
| 151 | Dismissed | Dismissed | Dismissed |
| 152 | Dismissed | Dismissed | Dismissed |
| 153 | Ebay | jack_34231 | https://www.ebay.com/usr/jack_34231?_trksid=p2047675.m3561.l2559 |
| 154 | Ebay | jashuas283 | https://www.ebay.com/usr/jashuas283?_trksid=p2047675.l2559 |
| 155 | Ebay | jollyhooder | https://www.ebay.com/usr/jollyhooder?_trksid=p2047675.m3561.l2559 |
| 156 | Ebay | jueying_4 | https://www.ebay.com/usr/jueying_4?_trksid=p2047675.m3561.l2559 |
| 157 | Ebay | m.cloud-2 | https://www.ebay.com/usr/m.cloud-2?_trksid=p2047675.m3561.l2559 |
| 158 | Ebay | miss_you14 | https://www.ebay.com/usr/miss_you14?_trksid=p2047675.m3561.l2559 |
| 159 | Dismissed | Dismissed | Dismissed |
| 160 | Dismissed | Dismissed | Dismissed |
| 161 | Ebay | ose_8975 | https://www.ebay.com/usr/ose_8975?_trksid=p2047675.m3561.l2559 |
| 162 | Dismissed | Dismissed | Dismissed |
| 163 | Ebay | pdsi1qi | https://www.ebay.com/usr/pdsi1qi?_trksid=p2047675.m3561.l2559 |
| 164 | Ebay | pladagani2 | https://www.ebay.com/usr/pladagani2?_trksid=p2047675.l2559 |
| 165 | Ebay | prampra-51 | https://www.ebay.com/usr/prampra-51?_trksid=p2047675.m3561.l2559 |
| 166 | Ebay | ps_mall | https://www.ebay.com/usr/ps_mall?_trksid=p2047675.m3561.l2559 |
| 167 | Ebay | q-fashion2020 | https://www.ebay.com/usr/q-fashion2020?_trksid=p2047675.m3561.l2559 |
| 168 | Dismissed | Dismissed | Dismissed |
| 169 | Ebay | ryanwillson91 | https://www.ebay.com/usr/ryanwillson91?_trksid=p2047675.l2559 |
| 170 | Dismissed | Dismissed | Dismissed |
| 171 | Dismissed | Dismissed | Dismissed |
| 172 | Dismissed | Dismissed | Dismissed |
| 173 | Ebay | ucbjg919 | https://www.ebay.com/usr/ucbjg919?_trksid=p2047675.m3561.l2559 |
| 174 | Ebay | wantanb-7 | https://www.ebay.com/usr/wantanb-7?_trksid=p2047675.m3561.l2559 |
| 175 | Ebay | wonderful-you | https://www.ebay.com/usr/wonderful-you?_trksid=p2047675.l2559 |
| 176 | Ebay | yotake | https://www.ebay.com/usr/yotake?_trksid=p2047675.m3561.l2559 |
| 177 | Individual | alexnld | https://alexnld.com/ |
| 178 | joom | May Home | https://www.joom.com/en/stores/5ef2a3047db56b0306710e04 |
| 179 | joom | RC LADY | https://www.joom.com/en/stores/5b12698f1436d403cd482916 |
| 180 | Joom | RC SHOES | https://www.joom.com/en/stores/5b126ab11436d403cd483596 |
| 181 | New Egg | GlobaleParts | https://www.newegg.com/Seller-Store/GlobaleParts |
| 182 | Walmart | aobuchunpin | https://www.walmart.com/seller/101110086?itemId=816386529&pageName=item |
| 183 | Walmart | BSMEAN | https://www.walmart.com/seller/101120877?itemId=770897197&pageName=item |
| 184 | Dismissed | Dismissed | Dismissed |
| 185 | Walmart | dongguanshidongdieqidianzishangw | https://www.walmart.com/seller/101120877?itemId=770897197&pageName=item |
| 186 | Walmart | EAST VIRTUE | https://www.walmart.com/seller/101118233?itemId=434052852&pageName=item |
| 187 | Walmart | gorierty | https://www.walmart.com/seller/101104694 |
| 188 | Walmart | guangzhou fengyadianzishangwuyou | https://www.walmart.com/seller/101088371?itemId=252218715&pageName=item |
| 189 | Walmart | Guangzhou Zejiadianzishangwu You | https://www.walmart.com/seller/101081229?itemId=843935364&pageName=item |
| 190 | Walmart | guangzhouhuijikejiyouxiangongsi | https://www.walmart.com/seller/101087804?itemId=435321157&pageName=item |
| 191 | Walmart | guangzhoushi jierongdianzi shangwu | https://www.walmart.com/seller/101087594?itemId=877507312&pageName=item |
| 192 | Walmart | guangzhoushiqianyudianzishangwuy | https://www.walmart.com/seller/101087596?itemId=569531022&pageName=item |
| 193 | Walmart | LDYSO | https://www.walmart.com/seller/101116987?itemId=954279407&pageName=item |
| 194 | Dismissed | Dismissed | Dismissed |
| 195 | Walmart | NICELIFE | https://www.walmart.com/seller/101092428?itemId=655405878&pageName=item |
| 196 | Dismissed | Dismissed | Dismissed |
| 197 | Walmart | RisingSun | https://www.walmart.com/seller/101106486?itemId=911316781&pageName=item |
| 198 | Walmart | shenzhenfeifanshengnongchanpinma | https://www.walmart.com/seller/101086049?itemId=485626073&pageName=item |
| 199 | Walmart | shenzhenshijiuchenmaoyiyouxiango | https://www.walmart.com/seller/101091370?itemId=364118533&pageName=item |
| 200 | Walmart | ShenzhenshiXiaodahuanMaoyiYoux | https://www.walmart.com/seller/101088699?itemId=950362535&pageName=item |
| 201 | Walmart | Shenzhenshixishenglunmaoyiyouxia | https://www.walmart.com/seller/101088657?itemId=483787737&pageName=item |
| 202 | Walmart | shenzhenshiyulantiandianzikejiyoux | https://www.walmart.com/seller/101087560?itemId=546496108&pageName=item |
| 203 | Walmart | WuhanHuixinhengtongMaoyiYouxia | https://www.walmart.com/seller/101085404?itemId=902074124&pageName=item |

| | | | |
|---|---|---|---|
| 204 | Walmart | WuhanWeiyuHongchuangkejiYouxia | https://www.walmart.com/seller/101088667?itemId=558817247&pageName=item |
| 205 | Walmart | WuhanYirenyifangShangmaoYouxia | https://www.walmart.com/seller/101087595?itemId=970150928&pageName=item |
| 206 | Walmart | ZUOSHINI | https://www.walmart.com/seller/101114444?itemId=355209591&pageName=item |
| 207 | Wish | Aragua5 | https://www.wish.com/merchant/6160bc9dce5a07164741f763 |
| 208 | Wish | Barbeir | https://www.wish.com/merchant/615f777cc25c144acc889de2 |
| 209 | Wish | Bethcruz | https://www.wish.com/merchant/617fe04a187538e3661aac8e |
| 210 | Wish | bfthome | https://www.wish.com/merchant/5923fe5749e9672acffa2772 |
| 211 | Wish | Bunita | https://www.wish.com/merchant/61704384ab6340706d845b2f |
| 212 | Wish | Cakesmertk | https://www.wish.com/merchant/615fbfa814dac97c990585a0 |
| 213 | Wish | Camisas00 | https://www.wish.com/merchant/616832f1a48a98fe3c0191f8 |
| 214 | Wish | Cartagena Import | https://www.wish.com/merchant/616219de09e12269be387600 |
| 215 | Wish | chert | https://www.wish.com/merchant/616f3337bb07e2fbb17b81fc |
| 216 | Wish | cnjsa | https://www.wish.com/merchant/5d4d48d21527544ae57e0981 |
| 217 | Wish | cvbfg68gj | https://www.wish.com/merchant/5e08b6d6310ce9720c8890e9 |
| 218 | Wish | digitalpristi | https://www.wish.com/merchant/5fde1d04e0b5f4e538f5393f |
| 219 | Wish | Dónde mi tío | https://www.wish.com/merchant/61686f9273e3ee3ad4879bcc |
| 220 | Wish | donmorris | https://www.wish.com/merchant/60dbd971e9866e5ea13617e0 |
| 221 | Wish | ElectroAuto HH | https://www.wish.com/merchant/60da3cdce05e6d005cf8a890 |
| 222 | Wish | EndrySport | https://www.wish.com/merchant/616e27692bd943af50eb6130 |
| 223 | Wish | Enviadsd | https://www.wish.com/merchant/61785ade3d709064ca0775a3 |
| 224 | Wish | ernestitoshop | https://www.wish.com/merchant/5d9a602552e0244bc0b52cc2 |
| 225 | Wish | fancooler | https://www.wish.com/merchant/616f67a692d24ac4016fe38c |
| 226 | Wish | fgvbfh78ghj | https://www.wish.com/merchant/5e08ac7a6a4343712e3c6f56 |
| 227 | wish | finphase | https://www.wish.com/merchant/5fd930ccdff84f01c9ad2433 |
| 228 | Wish | Gallo fino | https://www.wish.com/merchant/6179425586b36073e365bc85 |
| 229 | Wish | GDXD | https://www.wish.com/merchant/584505e4330f3a4d57cffd9e |
| 230 | Wish | goodboyshop | https://www.wish.com/merchant/566a622581668126d4b48273 |
| 231 | Wish | gradeyanz14ryt | https://www.wish.com/merchant/5e80ac86e273cda6404af168 |
| 232 | Wish | HaleylWcGlQZ | https://www.wish.com/merchant/5d459729f3204001aaa78614 |
| 233 | Wish | Half Papaya | https://www.wish.com/merchant/60d8dd976198991e6b8f207e |
| 234 | Wish | Hazy Moon | https://www.wish.com/merchant/56fb88bd4826f258d18d3cb7 |
| 235 | Wish | JYQ-Fashion | https://www.wish.com/merchant/56ea7f1d92940f5a500db152 |
| 236 | Dismissed | Dismissed | Dismissed |
| 237 | Wish | Norge | https://www.wish.com/merchant/5fd91d51379e78ee41d620c0 |
| 238 | Dismissed | Dismissed | Dismissed |
| 239 | Wish | Patrick-ThoDORE | https://www.wish.com/merchant/5fc83ccd64c5de033f048cee |
| 240 | Wish | seadaydapsa | https://www.wish.com/merchant/5e904cdd29e7864b703ad1d8 |
| 241 | Wish | StanUnawLyXgO | https://www.wish.com/merchant/5d44329ba5f07b6dd1124e6b |
| 242 | Wish | Store La Belleza | https://www.wish.com/merchant/60d91cd7dcaa70148264a994 |
| 243 | Wish | Thapphayotin | https://www.wish.com/merchant/5decc71b05a8f94268281535 |
| 244 | Wish | Thecommer Performs | https://www.wish.com/merchant/60d9092e346e7ccd9b961d0b |
| 245 | Wish | Vencas | https://www.wish.com/merchant/60da8e7e0ac4325fb50bfeca |
| 246 | Wish | vryfxcghj | https://www.wish.com/merchant/5f6d8902dcd51b260a4c37d1 |
| 247 | Wish | Yantenh | https://www.wish.com/merchant/617707951e54b57d0382a301 |