UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22198-RNS

LEI TANG,
    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"
    Defendants,
_____

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff Lei Tang ("Plaintiff" or "Tang"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against the Defendants identified on Schedule "A" to the Complaint numbered 1-3, 5, 7-9, 11-24, 26-30, 33-35, 37-38, 42-44, 48-61, 65-71, 74, 76-89, 91-93, 95-100, 102-103, 107, 109, 111-123, 125-127, 131-138, 140-146, 150, 153-158, 161, 163-167, 169, 173-183, 185-193, 195, 197-235, 237, 239-247 ("Defendants") hereto on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

    1.    On September 2, 2022, Defendants were served with the Summons and a copy of the Complaint by email communication as authorized by this Court's Order on Alternate Service. D.E. 33.

    2.    The time allowed for Defendants to respond to the Complaint has expired. Neither Lei Tang nor the Court has granted Defendants an extension of time to respond to the Complaint.

Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

3. Lei Tang is informed and believes that Defendants are not considered infants or incompetent persons. Plaintiff is informed and believes that the Service Members Civil Relief Act does not apply.

WHEREFORE, Plaintiff Lei Tang requests that the Clerk enter default, as authorized by Fed.R.Civ.P. 55(a), against Defendant The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" numbered 1-3, 5, 7-9, 11-24, 26-30, 33-35, 37-38, 42-44, 48-61, 65-71, 74, 76-89, 91-93, 95-100, 102-103, 107, 109, 111-123, 125-127, 131-138, 140-146, 150, 153-158, 161, 163-167, 169, 173-183, 185-193, 195, 197-235, 237, 239-247 and for such other and further relief as the Court deems just and proper.

Respectfully Submitted this 3rd of October, 2022,

*Lydia Pittaway*
Attorney and Counselor at Law
Fla. Bar No.: 0044790
Of Counsel, Ford Banister IP
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
lpittaway@fordbanister.com
*Attorney for Plaintiff*

2