United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lei Tang, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-22198-Civ-Scola |
| The Individuals, Partnerships, and Unincorporated Associated Identified on Schedule "A", Defendants. | ) ) ) ) |

## Judgment

The Court has entered final default judgment. (Order, ECF No. 52.) The Court now enters judgment in favor of the Plaintiff and against the Defendants, as required by Federal Rule of Civil Procedure 58. The Court enters a permanent injunction against the Defendants, consistent with the terms established in the Court's order granting default judgment. (*Id.*) Further, the Court awards statutory damages of One Hundred Fifty Thousand and 0/100 ($150,000.00) U.S. Dollars in favor of the Plaintiff from each Defaulting Defendant pursuant to 17 U.S.C. § 504(c), for which sum let execution issue. (*Id.*) The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on October 31, 2022.

_____
Robert N. Scola, Jr.
United States District Judge